```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-25-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORALEE BRANCH,

                       **Plaintiff,**

-against-

NEW YORK UNIVERSITY, et al.,

                       **Defendants.**

16-cv-3692 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: April 25, 2017
       New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**